

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00336-CV

**IN THE INTEREST OF M.S.M., A CHILD,**
Appellant

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02012
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court